IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ESTATE OF ANTHONY KADE DAVIS ) <br> and NICHOLE YOUNG, Individually and ) <br> as a surviving heir and personal representative ) <br> of the estate of Anthony Kade Davis (deceased), ) <br>                    ) <br>             Plaintiffs,     ) <br>                    ) <br> vs.                 ) <br>                    ) <br> (1) BOARD OF COUNTY COMM. OF    ) <br>     THE COUNTY OF CANADIAN   ) <br>     COUNTY, a Political Subdivision of  ) <br>     the State of Oklahoma;        ) <br> (2) RANDALL EDWARDS, Sheriff of   ) <br>     Canadian County, individually and in his ) <br>     official capacities;           ) <br> (3) TURN KEY HEALTH CLINICS, LLC,  ) <br>     an Oklahoma limited liability corporation; ) <br> (4) DOES, I through III, unknown individuals ) <br>     who were involved but not yet identified, ) <br>                    ) <br>             Defendants.     ) | Case No.: CIV-17-807-R <br><br> Honorable David L. Russell | |

**DEFENDANT TURN KEY HEALTH CLINICS, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Fed. R.Civ.P. 7.1 states:

> A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Turn Key Health Clinics, LLC, who is a Defendant in this action, makes the following disclosures pursuant to Fed. R. Civ. P. 7.1:

1

1. Is a party publicly held corporation or other publicly held entity?
No.

2. Does party have any parent corporations?
No.

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?

No.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

No.

5. Is party a trade association?

No.

Furthermore, pursuant to LCvR7.1.1, Defendant Turn Key makes the following disclosures of its members:

1. D. Trent Smith
2. Jesse White
3. Flint Junod
4. Jonathan Echols

Dated this 8TH day of September, 2017.

```
```
Respectfully submitted,

*/s/ Alexandra G. Ah Loy*
ALEXANDER C. VOSLER, OBA # 19589
SEAN P. SNIDER, OBA # 22307
ALEXANDRA G. AH LOY, OBA # 31210
JOHNSON HANAN & VOSLER
9801 N. Broadway Extension
Oklahoma City, OK 73114
Telephone: (405) 232-6100
Facsimile: (405) 232-6105
E-Mail: avosler@johnsonhanan.com
E-Mail: ssnider@johnsonhanan.com
E-Mail: aahloy@johnsonhanan.com
*Attorneys for Defendants, Turn Key Health Clinics, LLC*

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on the 8th day of September, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Dustin J. Hopson      dustin@blaulawfirm.com
Stephen L. Geries     slg@czwlaw.com

*/s/ Alexandra G. Ah Loy*
Alexandra G. Ah Loy