## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ESTATE OF ANTHONY KADE DAVIS and NICHOLE YOUNG, individually and as a surviving heir and personal representative of the estate of Anthony Kade Davis (deceased)<br><br>          Plaintiff,<br><br>vs.<br><br>(1) BOARD OF COUNTY COMM. OF THE COUNTY OF CANADIAN COUNTY, a Political Subdivision of the State of Oklahoma;<br>(2) RANDALL EDWARDS, Sheriff of Canadian County, individually and in his official capacities;<br>(3) TURN KEY HEALTH CLINICS, LLC, an Oklahoma limited liability corporation;<br>(4) DOES, I though III, unknown individuals who were involved but not yet identified,<br><br>          Defendants. | Case No.: CIV - 17 - 807 - R<br><br>**JURY TRIAL DEMANDED**<br>**ATTORNEY'S LIEN CLAIM** |

### DISMISSAL WITHOUT PREJUDICE

Plaintiffs hereby dismiss their causes of action against Defendant Turn Key Health Clinics, LLC, without prejudice to refiling, pursuant to Federal Rule of Civil Procedure 41(a)(1). Plaintiffs reserve the right to refile this action as necessary and in accordance with the Federal Rules of Civil Procedure and applicable law.

Respectfully submitted,

 S/Dustin J. Hopson
Ed Blau, OBA #20626
Dustin J. Hopson, OBA#19485
The Blau Law Firm
101 Park Avenue, #600
Oklahoma City, OK 73102
Telephone: (405) 232-2528
Facsimile: (405) 232-2532
edblau@blaulawfirm.com
dustin@blaulawfirm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 28th day of September, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Alexandra G. Ah Loy       aahloy@johnsonhanan.com
Stephen L. Geries          slg@czwlaw.com

_____
Dustin J. Hopson
