IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) ESTATE OF ANTHONY KADE DAVIS, on behalf of the deceased, Anthony Kade Davis, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-17-807-SLP |
| (1) THE SHERIFF OF CANADIAN COUNTY, a political subdivision, and<br>(2) THE BOARD OF COUNTY COMMISSIONERS OF CANADIAN COUNTY, a political subdivision, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION TO FILE EXHIBITS UNDER SEAL**

Defendants Sheriff of Canadian County and the Board of County Commissioners of Canadian County respectfully request this Court issue an Order permitting Defendants to file certain exhibits to their Motion for Summary Judgment under seal. In support, Defendants submit the following:

1. On March 17, 2018, the Plaintiff filed its Amended Complaint [Dkt. 17] alleging Defendants violated Decedent's constitutional right to medical care pursuant to 42 U.S.C. § 1983 and were negligent in not providing medical care to Plaintiff pursuant to the Oklahoma Governmental Tort Claims Act.

2. On November 30, 2017, the Court entered the Scheduling Order setting forth certain deadlines, including November 1, 2018 as the deadline for all dispositive and *Daubert* motions to be filed by the parties [Dkt. 14].

3. Defendants are preparing to file their dispositive motion and anticipate including exhibits which make reference to confidential documents. The anticipated Motion for Summary Judgment of the Defendants is due on November 1, 2018.

4. These exhibits are necessary and will assist the Court in determining the merits of Defendants' Motion, but in order to protect the confidential material in the exhibits, they need to be filed under seal. These exhibits include the medical records and bills of the Decedent and the Policies and Procedures of the Canadian County Sheriff's Office for the Detention Center.

5. Counsel for the Defendants has conferred with counsel for the Plaintiff, who stated he has no objection to this Motion.

WHEREFORE, Defendants Sheriff of Canadian County and the Board of County Commissioners of Canadian County respectfully request that this Court issue an Order granting this Motion to File Exhibits Under Seal. A proposed Order is being submitted with this Motion.

Respectfully submitted,

s/ Stephen L. Geries
Stephen L. Geries, OBA # 19101
COLLINS ZORN & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105-1813
(405) 524-2070/Fax: (405) 524-2078
Email:  slg@czwlaw.com

*ATTORNEY FOR DEFENDANTS
BOARD OF COUNTY
COMMISSIONERS OF CANADIAN
COUNTY AND SHERIFF OF
CANADIAN COUNTY*

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

    J. David Ogle
    Babbit, Mitchell & Ogle
    9905 S. Pennsylvania Avenue
    Oklahoma City, OK  73159

    *Attorney for Plaintiff*

    s/ Stephen L. Geries
    Stephen L. Geries