IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) ESTATE OF ANTHONY KADE DAVIS, )
    on behalf of the deceased, Anthony Kade )
    Davis, )
                                           )
            Plaintiff, )
                                           )
v.                                         ) Case No. CIV-17-807-SLP
                                           )
(1) THE SHERIFF OF CANADIAN COUNTY, )
    a political subdivision, and )
(2) THE BOARD OF COUNTY )
    COMMISSIONERS OF CANADIAN )
    COUNTY, a political subdivision, )
                                           )
            Defendants. )

## DEFENDANTS' EXHIBIT LIST

Defendants Sheriff of Canadian County and the Board of County Commissioners of Canadian County, pursuant to Fed. R. Civ. P. 26 and the Court's Scheduling Order [Dkt. 14], hereby submit this list of exhibits:

| No. | Exhibit |
|---|---|
| 1. | Anthony Kade Davis' Booking and Release Sheets from the Canadian County Jail from May 31, 2016 and June 5, 2016. |
| 2. | Anthony Kade Davis' Medical Questionnaire completed during booking May 31, 2016. |
| 3. | Medical Examiner's report and findings, including test results. |
| 4. | Anthony Kade Davis' medical records from Mercy – El Reno on March 23, 2013. |
| 5. | Anthony Kade Davis' medical records from Mercy – El Reno on February 23, 2014. |
| 6. | Anthony Kade Davis' medical records from Mercy – El Reno on April 7, 2016. |
| 7. | Anthony Kade Davis' medical records from Mercy – El Reno on April 12, 2016. |
| 8. | Report prepared by Miranda Huerta, LPN dated June 6, 2016 |
| 9. | Medical Progress Note Forms and medical records of Turn Key Health made during incarceration of Anthony Kade Davis. |
| 10. | Recorded interview of Marlene Cannon by OSBI Agent Solorzano. |
| 11. | Policies and Procedures of the Canadian County Detention Center. |

| | |
|---|---|
| 12. | Training records of jailers employed by the Canadian County Jail in 2016 who are identified as witnesses for the Defendants. |
| 13. | All documents listed by the Plaintiff, not otherwise objected to by Defendants. |

Respectfully submitted,

s/ Stephen L. Geries
Stephen L. Geries, OBA # 19101
COLLINS ZORN & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK   73105-1813
(405) 524-2070/Fax: (405) 524-2078
Email:   slg@czwlaw.com

*ATTORNEY FOR DEFENDANTS BOARD OF COUNTY COMMISSIONERS OF CANADIAN COUNTY AND SHERIFF OF CANADIAN COUNTY*

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

J. David Ogle
Babbit, Mitchell & Ogle
9905 S. Pennsylvania Avenue
Oklahoma City, OK   73159

*Attorney for Plaintiff*

s/ Stephen L. Geries
Stephen L. Geries