## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ESTATE OF ANTHONY KADE DAVIS,<br>On behalf of the deceased, Anthony Kade Davis,<br><br>Plaintiff,<br><br>v.<br><br>(1) THE SHERIFF OF CANADIAN COUNTY,<br>a political subdivision, and<br><br>(2) THE BOARD OF COUNTY<br>COMMISSIONERS OF CANADIAN COUNTY<br>, a political subdivision<br><br>Defendants. | Case No. CIV-17-807-SLP |

### PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXPERT WITNESS LIST

Pursuant to the Court's Scheduling Order [Dkt. 14], Plaintiff Estate of Anthony Kade Davis hereby submits the following objections to Defendant's Expert Witness List. [Dkt. 42].

| No. | Witness | Objection |
|---|---|---|
| 1. | Robert C. Bux, M.D. | FRE 702-704: Unqualified; Hearsay; Opinion; |

Respectfully submitted,

s/ *J. David Ogle*
J. David Ogle, OBA No. 17476
Greg Mitchell, OBA No. 17675
Babbit, Mitchell & Ogle
9905 S. Pennsylvania Avenue
Oklahoma City, Oklahoma 73159
Telephone: (405) 692-7676
Facsimile: (405) 692-7670
Email(s): david@bmolawok.com
       greg@bmolawok.com
ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 6, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

Stephen L. Geries
COLLINS ZORN & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105-1813
Email: slg@czwlaw.com

ATTORNEY FOR DEFENDANT(S)
SHERIFF OF CANADIAN COUNTY
BOARD OF COUNTY
COMMISSIONERS OF CANADIAN
COUNTY

                                                    s/ J. David Ogle
                                                    J. David Ogle, OBA No. 17476