### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ESTATE OF ANTHONY KADE DAVIS, )<br>On behalf of the deceased, Anthony Kade Davis, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>(1) THE SHERIFF OF CANADIAN COUNTY, )<br>a political subdivision, and )<br>)<br>(2) THE BOARD OF COUNTY )<br>COMMISSIONERS OF CANADIAN COUNTY )<br>, a political subdivision )<br>)<br>Defendants. ) | Case No. CIV-17-807-SLP |

## PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBITS

Pursuant to the Court's Scheduling Order [Dkt. 14], Plaintiff Estate of Anthony Kade Davis hereby submits the following objections to Defendant's Exhibits [Dkt. 45].

| No. | Exhibit | Objection |
|---|---|---|
| 1. | Anthony Kade Davis Booking and Release Sheets from the Canadian County Jail from May 31, 2016 and June 5, 2016. | Relevance, Prejudicial; Hearsay, Character Evidence, Authentication Confusing, Misleading<br>FRE 401-403; 404; 800-802; 901 |
| 2. | Anthony Kade Davis' Medical Questionnaire completed during booking May 31, 2016. | Relevance, Prejudicial; Hearsay, Character Evidence, Authentication Confusing, Misleading<br>FRE 401-403; 404; 800-802; 901 |
| 3. | Medical Examiner's report and findings, including test results. | Relevance, Prejudicial; Hearsay, Character Evidence, Authentication Confusing, Misleading<br>FRE 401-403; 404; 800-802; 901 |
| 4. | Anthony Kade Davis' medical records from Mercy – El Reno on March 23, 2013. | Relevance, Prejudicial; Hearsay, Character Evidence, Authentication Confusing, Misleading<br>FRE 401-403; 404; 800-802; 901 |
| 5. | Anthony Kade Davis' medical records from Mercy – El Reno on February 23, 2014. | Relevance, Prejudicial; Hearsay, Character Evidence, Authentication Confusing, Misleading<br>FRE 401-403; 404; 800-802; 901 |

| 6. | Anthony Kade Davis' medical records from Mercy – El Reno on April 7, 2016. | Relevance, Prejudicial; Hearsay, Character Evidence, Authentication Confusing, Misleading<br>FRE 401-403; 404; 800-802; 901 |
|---|---|---|
| 7. | Anthony Kade Davis' medical records from Mercy – El Reno on April 12, 2016. | Relevance, Prejudicial; Hearsay, Character Evidence, Authentication Confusing, Misleading<br>FRE 401-403; 404; 800-802; 901 |
| 8. | Report prepared by Miranda Huerta, LPN dated June 6, 2016 | Relevance, Prejudicial; Hearsay, Character Evidence, Authentication Confusing, Misleading<br>FRE 401-403; 404; 800-802; 901 |
| 9. | Medical Progress Note Forms and medical records of Turn Key Health made during incarceration of Anthony Kade Davis. | Relevance, Prejudicial; Hearsay, Character Evidence, Authentication Confusing, Misleading<br>FRE 401-403; 404; 800-802; 901 |
| 10. | Recorded Interview of Marlene Cannon by OSBI Agent Solorzano. | Relevance, Prejudicial; Hearsay, Character Evidence, Authentication Confusing, Misleading<br>FRE 401-403; 404; 800-802; 901 |
| 11. | Policies and Procedures of the Canadian County Detention Center. | Relevance, Prejudicial; Hearsay, Character Evidence, Authentication Confusing, Misleading<br>FRE 401-403; 404; 800-802; 901 |
| 12. | Training records of jailers employed by the Canadian County Jail in 2016 who are identified as witnesses for the Defendants. | Relevance, Prejudicial; Hearsay, Character Evidence, Authentication Confusing, Misleading<br>FRE 401-403; 404; 800-802; 901 |
| 13. | All documents listed by the Plaintiff, not otherwise objected to by Defendants. | |

Respectfully submitted,

s/ *J. David Ogle*
J. David Ogle, OBA No. 17476
Greg Mitchell, OBA No. 17675
Babbit, Mitchell & Ogle
9905 S. Pennsylvania Avenue
Oklahoma City, Oklahoma 73159
Telephone: (405) 692-7676
Facsimile: (405) 692-7670
Email(s): david@bmolawok.com
greg@bmolawok.com
ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 6, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

Stephen L. Geries
COLLINS ZORN & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105-1813
Email: slg@czwlaw.com

ATTORNEY FOR DEFENDANT(S)
SHERIFF OF CANADIAN COUNTY
BOARD OF COUNTY
COMMISSIONERS OF CANADIAN
COUNTY

                                                    s/ J. David Ogle
                                                    J. David Ogle, OBA No. 17476