IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)  ESTATE OF ANTHONY KADE DAVIS, on behalf of the deceased, Anthony Kade Davis, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-17-807-SLP |
| (1)  THE SHERIFF OF CANADIAN COUNTY, a political subdivision, and <br> (2)  THE BOARD OF COUNTY COMMISSIONERS OF CANADIAN COUNTY, a political subdivision, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT STIPULATON OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the respective parties in the above-entitled action, by and through their counsel of record, hereby stipulate that the claims in the above-styled and numbered action shall be dismissed with prejudice. Each party shall bear their own costs and attorney's fees.

RESPECTFULLY SUBMITTED this 27th day of December, 2018.

s/J. David Ogle
*(signed by filing attorney with permission)*
J. David Ogle, OBA No. 17476
Greg Mitchell, OBA No. 17675
Babbit, Mitchell & Ogle
9905 S. Pennsylvania Avenue
Oklahoma City, OK   73159
Telephone:   (405) 692-7676
Facsimile:   (405) 692-7670
Email(s):   david@bmolawok.com
              greg@bmolawok.com
*ATTORNEYS FOR PLAINTIFF*

s/Stephen L. Geries
Stephen L. Geries, OBA No. 19101
COLLINS ZORN & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK   73105
Telephone:   (405) 524-2070
Facsimile:   (405) 524-2078
Email:   slg@czwlaw.com
*ATTORNEY FOR DEFENDANTS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

J. David Ogle
Babbit, Mitchell & Ogle
9905 S. Pennsylvania Avenue
Oklahoma City, OK 73159
*Attorney for Plaintiff*

s/ Stephen L. Geries
Stephen L. Geries